KEITH JACOBY, Bar No. 150233
kjacoby@littler.com
MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
AIR SERV CORP.
(erroneously sued as "AIR SERV CORP.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIO JAKOSALEM, on behalf of himself, and on behalf of others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AIR SERV CORP., and DOES 1 through 50,<br><br>Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF RELATED CASES                                                                 Case No.

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to United States District Court for the Northern District of California Local Rule 3-12(a), counsel for Defendant Air Serv Corporation (erroneously sued as "Air Serv Corp.") hereby avers that it has no knowledge of an action that concerns substantially the same parties, property, transaction or event or that would likely be an unduly burden duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Dated: December 23, 2013

     **/s Michelle Heverly**
KEITH A. JACOBY
MICHELLE B. HEVERLY
NATHALIE A. LE NGOC
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIR SERV CORPORATION

Firmwide:124509518.1 075704.1000

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940