KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:    310.553.0308
Facsimile:    310.553.5583

MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
MAIKO NAKARAI-KANIVAS, Bar No. 271710
mnakarai@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
AIR SERV CORPORATION (erroneously sued as
"AIR SERV CORP.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIO JAKOSALEM, on behalf of himself, and on behalf of others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AIR SERV CORP., and DOES 1 through 50,<br><br>Defendants. | Case No.  3:13-cv-05944-SI<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING DEADLINES TO ALLOW FOR MEDIATION**<br><br>Complaint Filed:  October 28, 2013 |

       IT IS HEREBY STIPULATED by and between Plaintiff MARIO JAKOSALEM ("Plaintiff") and Defendant AIR SERV CORPORATION ("Defendant") (*collectively* the "Parties"), by and through their attorneys of record:

       WHEREAS, on August 8, 2014 this Court held an initial Case Management Conference;

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

STIPULATION AND ORDER CONTINUING DEADLINES

Case No.  3:13-cv-05944-SI

WHEREAS, at the initial Case Management Conference, the following dates were set by the Court:

- December 8, 2014 - Deadline for Plaintiff to file Motion for Class Certification;
- January 12, 2015 - Deadline for Defendant to file Opposition to Plaintiff's Motion for Class Certification;
- January 26, 2015 - Deadline for Plaintiff to file a reply memorandum in support of Motion for Class Certification; and
- February 13, 2015 at 9:00 a.m. - Hearing on Motion for Class Certification.

WHEREAS, the Parties have agreed to attend a mediation before Mark Rudy on January 23, 2015 at 9:00 a.m. This was Mr. Rudy's first available date for mediation.

WHEREAS, in light of the timing of the mediation, the Parties agree that conducting significant formal discovery and briefing the motion for class certification would be counter-productive and would not encourage resolution of the matter. Accordingly, the Parties have agreed to continue the relevant deadlines subject to Court approval. The parties have exchanged documents and other information and will take any necessary depositions before the January 23, 2015 mediation date.

NOW THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned Parties, through their counsel of record, as follows:

1. All currently scheduled dates, including the date for hearing on Plaintiff's motion for class certification, are vacated pending the Parties January 2015 mediation.

2. The Parties (Plaintiff or Defendant individually or the Parties jointly) will notify the Court within three days of reaching impasse so that new dates for class certification and trial (and all related dates) can be set. If the case does not resolve, the Parties anticipate being ready for certification by July 2015.

3. This Stipulation may be signed in counterparts.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

STIPULATION AND ORDER CONTINUING DEADLINES        2.        Case No.  3:13-cv-05944-SI

|   |   |
|---|---|
|   | LIBERATION LAW GROUP, PC |
| DATED: October 23, 2014 | By: /s/ Arlo Uriate Garcia<br>Arlo Uriarte Garcia<br>Attorney for Plaintiffs |
|   | LITTLER MENDELSON, P.C. |
| DATED: October 23, 2014 | By: /s/ Michelle B. Heverly<br>Keith A. Jacoby<br>Michelle B. Heverly<br>Attorneys for Defendant |

### [PROPOSED] O R D E R

**It is so ordered.**

DATED: ___October __27__, 2014

_/s/ Susan Illston_

Honorable Susan Illston

_____

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

STIPULATION AND ORDER CONTINUING DEADLINES        3.        Case No.  3:13-cv-05944-SI