1  ARLO GARCIA URIARTE, Bar No. 231764
UN KEI WU, Bar No. 278006
2  LIBERATION LAW GROUP, P.C.
2760 Mission Street
3  San Francisco, CA 94110
Telephone: (415) 695-1000
4  Facsimile: (415) 695-1006

5  Attorneys for PLAINTIFF MARIO JAKOSALEM

6  KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
7  MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
8  NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
9  LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
10  Los Angeles, California  90067.3107
Telephone:     310.553.0308
11  Facsimile:     310.553.5583

12  Attorneys for Defendant
AIR SERV CORPORATION
13  (erroneously sued as "AIR SERV CORP.")

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  MARIO JAKOSALEM, on behalf of himself, and on behalf of others similarly 20  situated, and the general public, | Case No.  3:13-cv-05944-SI |
| 21            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING FOR PARTIAL SUMMARY JUDGMENT** |
| 22       v. | |
| 23  AIR SERV CORP., and DOES 1 through 50, | Complaint Filed:  October 28, 2013 |
| 24            Defendants. | |

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff MARIO JAKOSALEM

2 ("Plaintiff") and Defendant AIR SERV CORPORATION ("Defendant") (*collectively* the "Parties"),

3 by and through their attorneys of record:

4    WHEREAS, on October 3, 2014, Defendant filed a motion for partial summary

5 judgment and motion hearing was set for November 12, 2014.

6    WHEREAS, lead counsel for Plaintiff, Arlo Uriarte, is currently in trial for the matter

7 of Lopez et al. v. Uhl et al. (Case No. CIV RS 1002687) in San Bernardino County and will be

8 unavailable for motion hearing on November 12, 2014.

9    NOW THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned

10 Parties, through their counsel of record, as follows:

11    1.    Motion hearing for Defendant's motion for partial summary judgment will be

12 continued until December 5, 2014.

13    2.    This Stipulation may be signed in counterparts.

14

15                          LIBERATION LAW GROUP, PC

16

17 DATED: October 31, 2014          _____/s/_____

18                          Arlo Garcia Uriarte
                           Attorney for Plaintiffs

19

20

21                          LITTLER MENDELSON, P.C.

22

23 DATED: October 31, 2014          _____/s/_____

24                          Keith A. Jacoby
                           Michelle B. Heverly

25                          Attorneys for Defendant

26

27

28

STIPULATION AND ORDER CONTINUING          2.                    Case No. 3:13-cv-05944-SI
MOTION HEARING

1
2

## [PROPOSED] O R D E R

3          **It is so ordered.**

4

5    DATED:                                    _____

6                                              Honorable Susan Illston

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28