| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
|   | kjacoby@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, California 90067.3107 |
|   | Telephone:   310.553.0308 |
| 4 | Facsimile:   310.553.5583 |
| 5 | MICHELLE B. HEVERLY, Bar No. 178660 |
|   | mheverly@littler.com |
| 6 | MAIKO NAKARAI-KANIVAS, Bar No. 271710 |
|   | mnakarai@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
|   | 650 California Street, 20th Floor |
| 8 | San Francisco, California 94108.2693 |
|   | Telephone:   415.433.1940 |
| 9 | Facsimile:   415.399.8490 |

Attorneys for Defendant
AIR SERV CORPORATION (erroneously sued as
"AIR SERV CORP.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIO JAKOSALEM, on behalf of himself, and on behalf of others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AIR SERV CORP., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:13-cv-05944-SI<br><br>**DEFENDANT AIR SERV CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PROCEDURES**<br><br>**[LOCAL RULE 7-3(b)]**<br><br>Date: May 1, 2015<br>Time: 9:00 a.m.<br>Dept: Courtroom 10, 19th Floor<br><br>Complaint Filed: October 28, 2013 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STATEMENT OF NON-OPPOSITION TO
PRELIMINARY APPROVAL MOTION

Case No. 3:13-cv-05944-SI

1  Pursuant to Local Rule 7-3(b) of the United States District Court for the Northern District of California, Defendant AIR SERV CORPORATION does not oppose Plaintiff MARIO JAKOSALEM's Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, and Approval of Notice Procedures.

Dated: April 15, 2015

/s/ Michelle B. Heverly
KEITH A. JACOBY
MICHELLE B. HEVERLY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIR SERV CORPORATION

Firmwide:132845916.1 075704.1005

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STATEMENT OF NON-OPPOSITION TO PRELIMINARY APPROVAL MOTION      2.      Case No. 3:13-cv-05944-SI