UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JAKOSALEM,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR SERV CORPORATION,<br><br>    Defendant. | Case No. 13-cv-05944-SI<br><br>**ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 46 |

Plaintiff's motion for Final Approval of Class Action Settlement came before the Court on October 2, 2015. The Court, having considered all papers and arguments submitted, HEREBY FINDS AND ORDERS THE FOLLOWING:

1. Zero objections have been filed or heard against the proposed settlement or Plaintiff's Motion for Final Approval;

2. The proposed settlement warrants final approval because it is fair, reasonable, and adequate in satisfaction of the requirements of Federal Rule of Civil Procedure ("FRCP") 23(e)(2) and other applicable law;

3. The Notice and Claims procedure, which has now been completed satisfactorily, meets the reasonableness requirements of FRCP 23(e)(1) and satisfies due process;

4. Conditional certification, for settlement purposes only, of the "Settlement Class" (all hourly, non-exempt workers employed by Defendant Air Serv from October 28, 2009, through April 23, 2015) is confirmed;

5. Arlo Garcia Uriarte and Liberation Law Group, P.C. are confirmed as "Class Counsel."

6. Simpluris, Inc. is confirmed as "Settlement Administrator;"

7. The notice requirements of the Class Action Fairness Act ("CAFA"), specifically detailed in 28 U.S. Code § 1715(b), have been substantially complied with;

8. The remaining settlement amount, subject to the approved reductions in the Court's Order on Attorney's Fees, Costs, and Enhancement, shall be distributed to all Settlement Class Members who made claims using the formula detailed in section 4.3 of the Stipulated Settlement Agreement (Dkt. 37, Exh. 2);

9. Defendant Air Serv shall deliver the gross settlement amount, $2,250,000.00, to Simpluris, Inc. by October 23, 2015;

10. Simpluris, Inc. shall distribute all settlement payments to Settlement Class Members, Plaintiff, and Class Counsel no later than thirty-five (35) days after receipt of the gross settlement fund from Defendant.

**IT IS SO ORDERED**.

Dated: October 7, 2015

_____
SUSAN ILLSTON
United States District Judge