UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO JAKOSALEM,

    Plaintiff,

    v.

AIR SERV CORPORATION,

    Defendant.

Case No. 13-cv-05944-SI

**ORDER ON ATTORNEY'S FEES, COSTS, AND ENHANCEMENT**

Re: Dkt. No. 43

Plaintiff's Motion for Attorney Fees and Reimbursement of Costs and Enhancements came before the Court on October 2, 2015. The Court orders the following deductions to the gross settlement amount of $2,250,000.00:

    a.    A $25,000.00 Private Attorney General Act ("PAGA") allocation, 75% of which shall be paid to the Labor and Workforce Development Agency. The remaining 25% shall be distributed to Settlement Class Members;

    b.    $9,429.35 in actual litigation expenses for Class Counsel;

    c.    $22,000.00 in settlement administration expenses for Simpluris, Inc.;

The Court finds that the settlement amount following these deductions is $2,193,570.65.

The Court awards Class Counsel 25% of this figure, or $548,392.66. A cross-check against Class Counsel's lodestar of $496,940.41 reveals a 1.10 positive multiplier. The Court finds this award reasonable given the results achieved and the contingent nature of the representation. The Court orders that this $548,392.66 fee be deducted from the remaining settlement amount, leaving $1,645,177.99.

The Court also finds Plaintiff Jakosalem's $10,000.00 enhancement award reasonable in light of the time and effort spent in support of this litigation, and awards him this amount. This

$10,000.00 shall be deducted from the $1,645,177.99 remaining in the settlement fund.

The remaining fund amount of $1,635,177.99 shall then be distributed to all Settlement Class Members who make claims using the formula detailed in section 4.3 of the Stipulated Settlement Agreement. *See* Dkt. 37, Exh. 2.

**IT IS SO ORDERED**.

Dated: October 7, 2015

_____
SUSAN ILLSTON
United States District Judge